AO 91 (Rev. 11/11) Criminal Complaint



# UNITED STATES DISTRICT COURT
### for the
Central District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | 23-MJ- 7063 |
| PHILIP J. BUYNO | ) | |
| *Defendant(s)* | ) | |

**MAY 2 2 2023**

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINO
URBANA, ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 20, 2023 _____ in the county of _____ Vermilion _____ in the

_____ Central _____ District of _____ Illinois _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 844(i) | Maliciously attempting to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real or personal property used in interstate commerce or in any activity affecting interstate commerce |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew M. Huckstadt, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 05/22/2023 _____

**Eric Long**  Digitally signed by Eric Long
Date: 2023.05.22 15:39:40 -05'00'
*Judge's signature*

City and state: _____ Urbana, Illinois _____

Eric I. Long, United States Magistrate Judge
*Printed name and title*

## A F F I D A V I T

I, Andrew M. Huckstadt, being first duly sworn on oath, depose and state as follows:

## INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Champaign, Illinois, Resident Agency of the Springfield, Illinois, FBI Field Office. Previously, I was assigned to the Memphis, Tennessee, FBI Field Office. I have been a Special Agent with the FBI since August 2008. As a federal Agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts. Through my employment with the FBI, I have investigated numerous criminal violations relating to violent incident crime, civil rights, kidnapping, drug trafficking, public corruption, child exploitation, and fraud. I have received training in these areas and have had the opportunity to investigate, and assist in the investigation of, these and other offenses – to include having been the affiant on numerous search warrants, arrest warrants, and criminal complaints.

2.      I am currently assigned to the Springfield Division Joint Terrorism Task Force, where I investigate violations of United States laws relating to domestic terrorism, weapons of mass destruction, and other matters pertaining to national security. I have gained expertise in the conduct of such investigations through training classes and everyday work related to these types of investigations. I investigated

domestic terrorism matters while at the Memphis, Tennessee, FBI Field Office. I have

been assigned to work domestic terrorism matters since December of 2019.

3.      This affidavit is made in support of an arrest warrant and criminal

complaint charging PHILIP J. BUYNO (DOB: 03/01/1950) (hereinafter referred to as

"BUYNO") with attempted arson in violation of Title 18, United States Code, Section

844(i).

4.      The statements contained in this affidavit are based in part on my own

investigation, information provided by other law enforcement officers, information

provided by other witnesses, and my experience and background as a law enforcement

officer. The information contained in this affidavit is not an exhaustive account of

everything I know about this case. Rather, it is only the facts that I believe are necessary

to establish probable cause to issue the requested warrant. If called as a witness to

testify, I would testify as follows.

### STATUTORY AUTHORITY and TERMS

5.      This investigation concerns violations of Title 18, United States Code,

Section 844(i), relating to attempted arson, which states:

> Whoever maliciously damages or destroys, or attempts to damage or
> destroy, by means of fire or an explosive, any building, vehicle, or other
> real or personal property used in interstate or foreign commerce or in any
> activity affecting interstate or foreign commerce shall be imprisoned for
> not less than 5 years and not more than 20 years, fined under this title, or
> both . . .

### PROBABLE CAUSE

6.      Through the performance of my official duties as a Special Agent with the

2

FBI, I have become acquainted with the following facts. At all relevant times, a building

located at 600 N. Logan Avenue, Danville, Vermilion County, in the Central District of

Illinois ("the building") has been used or available for use for commercial purposes. The

building was previously used as an eye clinic and is currently undergoing renovations to

be used as a reproductive health clinic.

7.      On May 20, 2023, at approximately 4:30 a.m., Danville Police Department

(DPD) officers responded to an alarm at the building. Upon arrival at the building, officers

discovered that a maroon 2013 Volkswagen Passat, Illinois license plate CT40812, had

crashed into it. Officers saw the front end of the Passat sticking out from the north

entrance of the building, with the rest of the Passat still inside the building. It appeared to

officers that the Passat had backed into the building moving very fast.

8.      As one of the responding officers approached the Passat, he saw a male in

the driver's seat attempting to open the driver's side door. The officer spoke with the

driver, who identified himself as PHILIP BUYNO. After checking on BUYNO's medical

condition, the officer told BUYNO to remain seated in the Passat until the Danville Fire

Department (DFD) arrived to assist with his removal due to the damage to the building

around the Passat.

9.      While waiting on the DFD to arrive, BUYNO told the officer that he

intentionally crashed his Passat into the building because he had recently learned that it

was going to be used as an abortion clinic and his intent was to destroy the building so it

could not be used for that purpose. BUYNO told the officer that he had loaded his Passat

with old tires, firewood, and a can of gasoline, and that he had intended on lighting his

3

Passat on fire once he had gotten completely inside the building. After BUYNO was removed from the Passat, he told the officer that he was a member of a "rescue group" whose purpose was to prevent abortion clinics from being established.

10.    Shortly before 7 a.m. that same date, I received a telephone call from the building owner, L.P., who relayed to me what had happened at the building earlier that morning. I knew from previous contact with L.P. that the building was being renovated to open as a reproductive health care clinic later in 2023 and that it was expected to serve clients from multiple states, including Illinois and Indiana. L.P. provided me videos from surveillance cameras that had just recently been installed at the building, as well as several photographs showing damage caused to the building. The videos showed the Passat backing into the building multiple times. The photographs showed significant damage to the building, especially the front entrance, as depicted in a photograph attached hereto as Exhibit A.

11.    Following my conversation with L.P. and my review of the videos and photographs, I contacted the DPD to arrange a joint interview of BUYNO. At approximately 11:30 a.m. the same day, DPD Detective Dawn Hartshorn and I interviewed BUYNO at the Public Safety Building in Danville. The interview was audio and video recorded.  Following receipt of his Miranda warnings, BUYNO waived his rights in writing prior to questioning. During the interview, BUYNO admitted that he was active with the anti-abortion movement during the late 1980s and early 1990s and was arrested numerous times for activities related to his opposition to abortion. He said he again became active in the movement after his retirement four years ago and was

4

arrested in 2019 for trespassing at an abortion clinic in Peoria.

12.     According to BUYNO, he learned in early May of this year from multiple
sources that the building in Danville was going to used as a reproductive health clinic.
Thereafter, he developed a plan to destroy the building before the clinic opened by
burning the building down. On May 20, 2023, BUYNO drove to the building, arriving
between 4 a.m. and 5 a.m. He brought several containers filled with gasoline inside of
his car, including one gas can, one anti-freeze can, and a couple of big bottles. He also
brought along flares and matches to ignite the gasoline, and old tires and firewood to
fuel the fire. He reinforced the trunk of the car with wooden beams to help break into
the building. During the interview, I showed BUYNO a photograph of containers
(attached hereto as Exhibit B) that were found at the building after the incident, and he
confirmed that they were the ones be brought with him.

13.     After he arrived at the building, BUYNO drove over the curb to get
around the chains that were blocking the entrance. He crashed his Passat into the back
of the building and then backed the Passat into the front of the building until it got
stuck. After the Passat got stuck, BUYNO was trapped inside and could not get out.
BUYNO stated that he threw the red gas can out of the window so the gas would spill
and he could light the gas on fire, but the can landed in an upright position. BUYNO
told us that he intended to burn his own car, along with the building, but he never got
the chance because he got stuck inside the Passat and then the police arrived.

14.     While discussing his actions, BUYNO stated, "If I could sneak in with a
gas can and a match, I'd go in there again." BUYNO further said that if he were released

from jail tomorrow, he would finish the job.

## CONCLUSION

15.   Based on the foregoing, I submit that there is probable cause to believe

that, on or about May 20, 2023, BUYNO committed the offense of maliciously

attempting to damage and destroy, by means of fire, a building used in interstate

commerce and engaged in activity affecting interstate commerce, in violation of 18

U.S.C. § 844(i). I respectfully request this Court to issue a criminal complaint charging

BUYNO accordingly, along with a warrant for his arrest.

FURTHER AFFIANT SAYETH NOT.

Special Agent Andrew M. Huckstadt
Federal Bureau of Investigation
Champaign, Illinois

Subscribed and sworn to before me this 22nd day of May 2023.

**Eric Long** Digitally signed by Eric
Long
Date: 2023.05.22
15:40:04 -05'00'

ERIC I. LONG
United States Magistrate Judge

6

<u>**EXHIBIT A**</u>



Photograph of Damage to Front Entrance of Building Provided by L.P.

**EXHIBIT B**



Photograph of Containers Retrieved from Clinic Location