

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

JUN 0 6 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 23-CR-200-32 |
| PHILIP JEROME BUYNO, | ) Title 18, United States Code, |
| | ) Section 844(i) |
| Defendant. | ) |

### INDICTMENT

#### COUNT 1
**(Attempted Arson)**

**THE GRAND JURY CHARGES:**

On or about May 20, 2023, in Vermilion County, in the Central District of Illinois,

**PHILIP JEROME BUYNO,**

defendant herein, maliciously attempted to damage by means of fire a building, namely, 600 North Logan Avenue in Danville, Illinois, used in interstate commerce and in an activity affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/Douglas Quivey

GREGORY K. HARRIS
United States Attorney
ELM