

Sharbel Rantisi <srantisi@gmail.com>

# Phillip Buyno Character letter

**Michelle Wilkinson** <wilkinsonmichelle22@gmail.com>   Fri, Feb 2, 2024 at 6:58 AM
To: srantisi@gmail.com

The Honorable Judge Bruce,

　　I write this letter to you in hope of sharing some of the hope and love that Phillip Buyno has shown to myself and my family over the last 30 years. Phil has been a father figure and grandfather figure in the most meaningful sense to my ( now grown ) children when, without his presence would have had little to none. He has opened his heart and home to us back when I was a young, single mother working two jobs. If not for he, I cannot express how much more difficult, if not impossible it would have been for me to maintain a job. As you are most likely aware, raising children is no easy feat and they do tend to get sick often. Or when overtime was due? How many times would I have had to lose my job and fail to provide for my children had it not been for the presence of Phil in my life to offer help and assistance with caring for my children as I worked. I have watched him teach my children so many strong values and provide them with a sense of comfort, love and security that they would have otherwise never known from any other male figure in their life. There was short notice given to us for writing this letter but I cannot even begin to convey the amount of love, compassion, support and sacrifice that Phil has made for our family. I pray that he is judged fairly and I thank you sincerely for taking the time to read this.



**Sharbel Rantisi <srantisi@gmail.com>**

# Philip

**Paula Seeley** <woggypaula@yahoo.com>     Thu, Feb 1, 2024 at 8:42 AM
To: Srantisi@gmail.com

Dear judge Bruce ,

I know you don't know my family but one thing i would like to tell you about this man .. He is true to Jesus and no one else ! A perfect example of Christ too me and I didn't have a good family he was there for me like no other. I hope this comes to your judgment and you act upon your heart to let this man live is last few years in this earth 🌎 happy and blessed he's. True man of God I love you Philip Jerome Buyno you taught me love 💖 I love u deeply ..

Sent from Yahoo Mail for iPhone

[Quoted text hidden]

 **Sharbel Rantisi &lt;srantisi@gmail.com&gt;**

## Phil Buyno

**Jan hunter** &lt;jhunter2255@gmail.com&gt;             Wed, Jan 31, 2024 at 10:29 AM
To: srantisi@gmail.com

The Honorable Judge Bruce;
       I'm sending this e-mail in hope to see Phil Buyno in a better light. Maybe understand how many young people and babies he and his deceased wife Sallie saved. Phil was alway volunteering at schools helping kids read , after school programs, at church Sunday school teacher. He had a passion for life. I agree he shouldn't have destroyed the clinic but I feel he was acting out of grief also. He lost a Son a few years ago to a construction accident the His best friend and wife in 2022. I know the Lord is with Phil and the Lords will will be the result of the sentence. I just thought maybe I should share what a kind helpful man he is and is missed in out community. Thank You . Sincerely Jan Hunter


Sent from my iPad